McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAY 02 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | 2:19-cr-0079 KJM |
| v. | ORDER TO SEAL |
| BRIAN BUTLER and VICENTE CASTRO ZAVALETA, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Amanda Beck to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of both defendants or until further order of the Court.

Dated: 5/2/19

_____
ALLISON CLAIRE
United States Magistrate Judge

ORDER TO SEAL