UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

January 27, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

BRIAN BUTLER,

      Defendant.

Case No.  2:19-cr-00079-DJC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRIAN BUTLER ,

Case No.  2:19-cr-00079-DJC , Charge 21 USC § 846 and 841(a)(1), from custody for

the following reasons:

   x  Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):

      Sacramento County Jail is further ORDERED to release the defendant with a
30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 27, 2026, at 2:30 PM.

By: _____

Magistrate Judge Allison Claire